UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNA FOLEY,                                                        CASE NUMBER: 10-12668

          Plaintiff,                                    HONORABLE VICTORIA A. ROBERTS

                                                     MAGISTRATE JUDGE DAVID R. GRAND

     v.

MICHAEL ASTRUE,
Commissioner of Social Security,

          Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

     Plaintiff brought this action to challenge a final determination of the Commissioner of Social Security denying her application for Disability Insurance Benefits. Both parties filed summary judgment motions, which were referred to Magistrate Judge David R. Grand for a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B).

     Magistrate Judge Grand issued an R&R on February 3, 2012, which found that the Administrative Law Judge's decision applied the correct legal standard and was supported by substantial evidence. Accordingly, the Magistrate recommended that the Commissioner's motion for summary judgment be granted, and that Plaintiff's motion for summary judgment be denied.

     Neither party filed objections to the R&R. Under Fed. R. Civ. P. 72(b), a party must file objections to a Magistrate's R&R within fourteen (14) days after service. The time for objections is passed. Therefore, the Court **ADOPTS** the R&R and **GRANTS**

summary judgment to Defendant. Plaintiff's motion for summary judgment is denied.

**IT IS ORDERED.**

<u>S/Victoria A. Roberts</u>
**Victoria A. Roberts
United States District Judge**

**Dated: March 23, 2012**

---

**The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 23, 2012.**

<u>s/Carol A. Pinegar</u>
**Deputy Clerk**

---